UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-CR-20865-RAR

UNITED STATES OF AMERICA

v.

**ELIAS DAHER**,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

**THIS CAUSE** comes before the Court on Defendant's Unopposed Motion for Permission to Travel, [ECF No. 226] ("Motion"). The Court having considered the Motion, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. Defendant Elias Daher shall be permitted to travel to Washington, D.C. from October 18, 2023 to October 21, 2023 and to Orlando, Florida from October 29, 2023 to October 31, 2023.

2. Defendant shall provide his probation officer with his itinerary prior to traveling, and shall promptly check in with his probation officer upon his return.

**DONE AND ORDERED** in Miami, Florida this 11th day of October, 2023.

                                                                       RODOLFO A. RUIZ II
                                                                       UNITED STATES DISTRICT JUDGE

cc:  Counsel of Record
      U.S. Probation